Wieboldt Stores, Inc., Plaintiff-Appellee, v. Emilie Mautner a/k/a Emilie N. Wanderer and Erwin W. Mautner.
On Appeal of Emilie Mautner a/k/a Emilie N. Wanderer, Defendant-Appellant.

Gen. No. 50,249.

First District, Third Division.

June 24, 1965.

Emilie Mautner, a/k/a Emilie N. Wanderer, pro se, appellant; No brief filed and no appearance made for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.